FILED

09/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0221

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0221

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GARY WAYNE TEMPLE,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 30, 2022, within which to prepare, file, and serve Appellant's reply brief on appeal.

No further extensions will be granted. If the rely brief is not filed by September 30, 2022, the matter will be deemed submitted on the briefs currently filed.

[Type here]

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 26 2022